**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 99-7024

TONY CURTIS KILE,

                                        Petitioner - Appellant,

        versus

HOWARD PAINTER, Warden, Mount Olive Correc-
tional Complex; ATTORNEY GENERAL OF THE STATE
OF WEST VIRGINIA,

                                        Respondents - Appellees.

Appeal from the United States District Court for the Northern Dis-
trict of West Virginia, at Clarksburg.  Irene M. Keeley, District
Judge.  (CA-97-97-1)

Submitted:  December 14, 1999          Decided:  December 29, 1999

Before WIDENER, LUTTIG, and WILLIAMS, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Tony Curtis Kile, Appellant Pro Se.  Darrell V. McGraw, Jr., Dawn
Ellen Warfield, OFFICE OF THE ATTORNEY GENERAL OF WEST VIRGINIA,
Charleston, West Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Tony Curtis Kile appeals the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 1999). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. See Kile v. Painter, No. CA-97-97-1 (N.D.W. Va. June 29, 1999). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2